UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH WISE,<br><br>        Plaintiff,<br><br>   v.<br><br>KAREN HORTON,<br><br>        Defendant. | No. 2:21-cv-00015-TLN-KJN<br><br>**ORDER** |

Plaintiff proceeds in this action *pro se*. The matter was referred to a United States Magistrate Judge under the Court's Local Rules.

On January 21, 2021 the magistrate judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;

2. The action is DISMISSED for lack of subject matter jurisdiction; and

3. The Clerk of Court is directed to close the case.

DATED: March 4, 2021

_____
Troy L. Nunley
United States District Judge